## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a paper copy of the:

(1) foregoing NOTICE OF REMOVAL, with exhibits;

(2) ELECTRONIC CASE FILING USER'S GUIDE FOR THE EASTERN DISTRICT;

(3) The INDIVIDUAL MOTION PRACTICES AND RULES of Senior Judge Hon. Frederic Block, U.S.D.J.;

(4) The INDIVIDUAL RULES of Magistrate Judge Roanne L. Mann,

was furnished via first class mail to BURNS & HARRIS, Attorneys for plaintiff, 233 Broadway Suit 900, New York, NY 10279, on this **2nd day of August, 2012** by depositing a copy of same enclosed in a postpaid wrapper in a post office box situated at 100 Church Street, in the Borough of Manhattan, City of New York, regularly maintained by the government of the United States in said city.

Dated: New York, New York
August 2, 2012

ERIC H. WEST (EW 3000)
Special Assistant Corporation Counsel