SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------------x
EMIL RAVINOV,

                                         Plaintiff,

                                                                    **AFFIDAVIT OF**
                                                                    **ANA RAMIREZ**
          - against -

DOWNHOUSE LOUNGE, GIORGI "JONES" AND             Kings County
KURBAN "JONES", LAST NAMES BEING FICTITIOUS      Index No.: 13357/12
AND PRESENTLY UNKNOWN, THE CITY OF NEW
YORK, NEW YORK CITY POLICE DEPARTMENT,
P.O. JANE RAMIREZ, FIRST NAME BEING              Law Dep't No. 2011-042475
FICTITIOUS AND PRESENTLY UNKNOWN, "JOHN
DOES" 1-3, SAID NAMES BEING FICTITIOUS AND
PRESENTLY UNKNOWN,

                                         Defendants.

-------------------------------------------------------------------------x

          **Ana Ramirez**, being duly sworn, deposes and says:

          1.      I am employed by the New York City Police Department ("NYPD") as a

Sergeant, and my shield number is 2734.

          2.      My command is the 61st Precinct, located at 2575 Coney Island Avenue,

Brooklyn, New York.

          3.      The New York City Law Department has requested my consent to remove

the above matter from the Supreme Court of New York, Kings County, to the United States

Eastern District Court of New York.

          4.      I hereby consent to the removal of this case.

          5.      By consenting to this Notice of Removal, I do not waive any defense

which may be available to me, specifically including, but not limited to, my right to contest in

personam jurisdiction, improper service of process, and the absence of venue in this Court or the

Court from which this action has been removed.

Dated:        July 18, 2012

_____
Ana Ramirez

Sworn to before me this

18 day of July, 2012.

_____
Notary Public

ERIC H WEST
Notary Public, State of New York
No. 02WE6059420
Qualified In New York County
Commission Expires Jan. 30, 2016