# NYS Department of State

## Division of Corporations

### Informational Message

The information contained in this database is current through July 27, 2012.

---

No business entities were found for DOWNHOUSE LOUNGE.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 27, 2012.

Selected Entity Name: DOWNHOUSE PRODUCTIONS, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | DOWNHOUSE PRODUCTIONS, INC. |
| **DOS ID #:** | 3309946 |
| **Initial DOS Filing Date:** | JANUARY 24, 2006 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
DOWNHOUSE PRODUCTIONS, INC.
250 AVENUE X
BROOKLYN, NEW YORK, 11223

**Chairman or Chief Executive Officer**
EUGENE KHARLAMB
250 AVENUE X
BROOKLYN, NEW YORK, 11223

**Principal Executive Office**
DOWNHOUSE PRODUCTIONS, INC.
305 E 40 STREET
NEW YORK, NEW YORK, 10016

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers,

directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 24, 2006 | Actual | DOWNHOUSE PRODUCTIONS, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us