SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------x
EMIL RAVINOV,

         Plaintiff,

 - against -

DOWNHOUSE LOUNGE, GIORGI "JONES" AND
KURBAN "JONES", LAST NAMES BEING FICTITIOUS
AND PRESENTLY UNKNOWN, THE CITY OF NEW
YORK, NEW YORK CITY POLICE DEPARTMENT,
P.O. JANE RAMIREZ, FIRST NAME BEING
FICTITIOUS AND PRESENTLY UNKNOWN, "JOHN
DOES" 1-3, SAID NAMES BEING FICTITIOUS AND
PRESENTLY UNKNOWN,

         Defendants.
---------------------------------------------------------------x

**AFFIDAVIT OF CONSENT TO REMOVAL**

Kings County
Index No.: 13357/12

Law Dep't No. 2011-042475

  Roman Leonov, an attorney duly admitted to practice law in the State of New York, hereby affirms under penalties of perjury pursuant to CPLR 2106:

  1. I am a member of VaLe Law Group, P.C., located at 22 Cortland Street, Suite 1625, New York, New York, 10007, attorneys for the defendant, Downhouse Productions, Inc. s/h/a DOWNHOUSE LOUNGE ("Downhouse") in the above-captioned action.

  2. The New York City Law Department has requested Downhouse's consent to remove the above matter from the Supreme Court of New York, Kings County, to the United States Court, Eastern District of New York.

  3. Downhouse hereby consents to the removal of this case to the United States Court, Eastern District of New York.

  4. By consenting to this removal, Downhouse does not waive any defense which may be available to it, specifically including, but not limited to, the right to contest in

personam jurisdiction, improper service of process, and the absence of venue in either this Court, or the Court from which this action has been removed.

Dated:     August 1, 2012

_____
Roman Leonov, Esq.